```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAEL CRUZ,

                        **Plaintiff,**                    21-CV-10032 (PGG)(SN)

    -against-                                **ORDER**

NETARTS HOLDINGS, INC.,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff served Defendant on December 22, 2021. See ECF No. 6. Accordingly, Defendant's response to Plaintiff's complaint was due no later than January 12, 2022. As of the issuance of this order, Defendant has filed no answer or other response.

    By February 2, 2022, Plaintiff shall file a letter advising the Court whether there has been any contact with the Defendant, or whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:    January 27, 2022
                New York, New York