UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHAEL CRUZ,

                              Plaintiff,                      21-CV-10032 (PGG)(SN)

          -against-                                   **ORDER**

NETARTS HOLDINGS, INC.,

                             Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 1, 2022, Plaintiff notified the Court that the parties are in the process of finalizing a settlement agreement. In light of the anticipated execution of that agreement, Plaintiff need not file the letter described in the Court's January 27, 2022 order. See ECF No. 7. No later than February 16, 2022, however, the parties shall file either their proposed stipulation of dismissal or a letter informing the Court of the status of settlement.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 2, 2022
                New York, New York