UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SHAEL CRUZ,

                      Plaintiff,                    21-CV-10032 (PGG)(SN)

      -against-                                  **ORDER**

NETARTS HOLDINGS, INC.,

                      Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties' proposed stipulation of dismissal was due no later than March 18, 2022. See ECF No. 11. As of the issuance of this order, no stipulation has been filed. No later than March 28, 2022, the parties shall file their proposed stipulation of dismissal, or show good cause why the Court should not enter an order dismissing this action with prejudice but with leave to reopen 30 days thereafter.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:      March 24, 2022
                New York, New York